EXPRESSIVE ASSOCIATION
FREDERICK MARC COOLEY
P.O. BOX 4575
VALLEJO, CA 94590

IN PRO SE

**FILED**
MAY 2 8 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

RECEIVED
MAY 27 2015
CITY ATTORNEY'S OFFICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MARCELES COOLEY, FREDERICK MARC COOLEY as successor in interest of Decedent/Plaintiff,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, et., al.,<br><br>Defendant | Case No. 2:14-cv-02824-TLN-AC<br><br>**MOTION FOR SUBSTITUTION** |

Plaintiff Frederick Marceles' biological father and successor in interest Frederick Marc Cooley, hereby serves and files his motion for substitution pursuant to Federal Rules of Civil Procedure, Rule 25 (a)(1).

This motion is made and based upon the accompanying declaration of Frederick Marc Cooley, all papers and records on filed with the court herein, the Points and Authorities and such oral argument, testimony and evidence as the Court may require at the time this matter is considered.

///

///

## THE COURT SHOULD GRANT SUBSTITUTION BECAUSE PLAINTIFF'S FATHER FREDERICK MARC COOLEY QUALIFIES AS A SUCCESSOR IN INTEREST

### A.

Federal Rules of Civil Procedure, Rule 25 (a) (1) governs the issue of substitution. In deciding a motion to substitute under Fed.R.Civ.P. 25 (a) (1), a court must consider whether: (1) the motion is timely; (2) the claims pled are extinguished; and (3) the person being substituted is a proper party. Id. If Rule 25 (a) (1) is met the substituted party steps into the same position as the original party. Hilao v. Estate of Marcos, 103 F.3d 762, 766 (9th Cir. 1996).

Firstly, Frederick Marc Cooley timely filed this instant motion within the 90 days he was to file it. Secondly, the claims pled are not extinguished and thirdly Mr. Cooley is a proper party to substitute Decedent because he is the Decedent's biological father.

### CONCLUSION

For the above stated reasons, the court should grant substitution pursuant FRCP, Rule 25 (a) (1).

Date 5/22/15

# EXHIBIT "A"

# STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

# COUNTY of SOLANO

| 104- | CERTIFICATE OF LIVE BIRTH STATE OF CALIFORNIA USE BLACK INK ONLY | 018948 003811 |
|---|---|---|
| STATE FILE NUMBER | | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER |

| | 1A NAME OF CHILD—FIRST (GIVEN) | 1B MIDDLE | 1C LAST (FAMILY) | | |
|---|---|---|---|---|---|
| THIS CHILD | FREDERICK | MARCELES | COOLEY | | |
| | 2 SEX | 3A THIS BIRTH-SINGLE, TWIN, ETC. | 3B IF MULTIPLE THIS CHILD 1ST 2ND ETC | 4A DATE OF BIRTH—MONTH DAY YEAR | 4B HOUR—24 HOUR CLOCK TIME |
| | MALE | SINGLE | — | SEPTEMBER 22, 1989 | 0425 |
| PLACE OF BIRTH | 5A PLACE OF BIRTH—NAME OF HOSPITAL OR FACILITY | | 5B STREET ADDRESS—STREET NUMBER OR LOCATION | | |
| | KAISER-PERMANENTE, VALLEJO | | 975 SERENO | | |
| | 5C CITY | | 5D COUNTY | | 5E PLANNED PLACE OF BIRTH |
| | VALLEJO | | SOLANO | | HOSPITAL |
| FATHER OF CHILD | 6A NAME OF FATHER—FIRST (GIVEN) | 6B MIDDLE | 6C LAST (FAMILY) | 7 STATE OF BIRTH | 8 DATE OF BIRTH—MONTH DAY YEAR |
| | FREDERICK | MARC | COOLEY | CA | 10/8/69 |
| MOTHER OF CHILD | 9A NAME OF MOTHER—FIRST (GIVEN) | 9B MIDDLE | 9C LAST (MAIDEN) | 10 STATE OF BIRTH | 11 DATE OF BIRTH—MONTH DAY YEAR |
| | CELESTEIN | LAVONDA | TYSON | CA | 11/26/69 |
| PARENT'S CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | 12A PARENT OR OTHER INFORMANT—SIGNATURE ▶ *Celes Tyson* | | 12B RELATIONSHIP TO CHILD MOTHER | 12C DATE SIGNED 9/23/89 |
| CERTIFICATION OF BIRTH | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR, AND PLACE STATED | 13A ATTENDANT OR CERTIFIER—SIGNATURE, DEGREE OR TITLE ▶ *Glenn J. Gianini, DO* | | 13B LICENSE NUMBER HOUSE OFFICER | 13C DATE SIGNED 9/23/89 |
| | 13D TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT GLEN GIANINI, DO, 975 SERENO DRIVE, VALLEJO | | | 14 TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT | |
| LOCAL REGISTRAR | 15A DATE OF DEATH | 15B STATE FILE NO (STATE USE ONLY) | 16 LOCAL REGISTRAR—SIGNATURE ▶ *Thomas Chanon MD* | | 17 DATE ACCEPTED FOR REGISTRATION OCT 13 1989 |



*000467394*

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF SOLANO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the SOLANO COUNTY ASSESSOR/RECORDER.

By *Stacy Roumas* Deputy. DATE ISSUED 05/21/2015

MARC C. TONNESEN
COUNTY ASSESSOR/RECORDER

This copy is not valid unless prepared on an engraved border displaying the seal, date of issuance and the original signature of the Deputy.
PBNCO (Rev 04/12)



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE