UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MARCELES COOLEY, | No. 2:14-cv-02824-TLN-AC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

Defendants have filed a notice stating that counsel, Furah Z. Faruqui, will be out of the country from August 12, 2015 to August 24, 2015. ECF No. 19. Currently, plaintiff's amended motion for substitution is scheduled for hearing on August 19, 2015. ECF No. 18. In light of defendants' notice of unavailability THE COURT HEREBY ORDERS that the August 19, 2015 hearing is continued to August 26, 2015.

DATED: July 28, 2015

          /S/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1