UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MARCELES COOLEY, | No. 2:14-cv-02824-TLN-AC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

This matter is before the undersigned pursuant to Local Rule 302(c)(21). On November 23, 2015, the court ordered defendants to serve Frederick Marceles Cooley, Jr. with a notice of plaintiff's death within fourteen days in accordance with Rule 25. ECF No. 24. On November 24, 2015, defendants filed proofs of service upon (1) Frederick Marceles Cooley and (2) Frederick Marceles Cooley, Jr. through his mother, Jennifer Johnson. ECF No. 25. According to the proofs of service, however, Frederick Marceles Cooley, Jr. was served by mail. Id. at 2–3. Although Rule 5 contemplates service by mail, Rule 4 does not. Caesar v. Horel, No. C 08-1977 SBA PR, 2011 U.S. Dist. LEXIS 80596, at *9 (N.D. Cal. July 25, 2011) (D.J. Armstrong) ("Although Rule 4 allows a plaintiff to utilize methods allowed by state law, California law does not allow for service of process by simply mailing a copy of the summons and complaint to a defendant."). As the court explained in detail in its November 23, 2015, order, Rule 25 requires non-parties to be served in accordance with Rule 4, *not* Rule 5. ECF No. 24 at 4. Frederick

1

Marceles Cooley, Jr., plaintiff's successor in interest, is not a party to this action.  Accordingly, the court finds that defendants have not timely filed proof of service upon Frederick Marceles Cooley, Jr. as instructed by the court's order and Rule 25.

In accordance with the foregoing, THE COURT HEREBY ORDERS that:

1. Defendants shall, within fourteen days of the service of this order, file proofs of service of a suggestion of death upon Frederick Marceles Cooley, Jr. and Ms. Johnson *in accordance with Rule 4*;

2. Any motion for substitution by Frederick Marceles Cooley, Jr., accompanied by a motion to appoint a guardian ad litem, shall be filed by a licensed attorney within ninety days of the service of the suggestion of death in accordance with the terms of this order;

3. If a proper and timely motion for substitution is not filed the court will issue findings and recommendations for dismissal of this action; and

4. The Clerk of Court shall serve a copy of this order on Jennifer Johnson at 29 Frey Place, Vallejo, CA 94590.

DATED:  January 4, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE