1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FREDERICK MARCELES COOLEY,              No.  2:14-cv-02824 TLN AC (PS)

12                    Plaintiff,

13          v.                                ORDER

14    CITY OF VALLEJO, et al.,

15                    Defendants.

16

17          Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a

18    United States Magistrate Judge by Local Rule 302(c)(21).

19          On May12, 2016, the magistrate judge filed findings and recommendations herein which

20    were served on all parties and which contained notice to all parties that any objections to the

21    findings and recommendations were to be filed within fourteen days.  (ECF No. 31.)  Neither

22    party has filed objections to the findings and recommendations.

23          The Court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25    ORDERED that:

26          1.  The findings and recommendations filed May 12, 2016 (ECF No. 31), are adopted in

27    full; and

28          2.  This matter is dismissed pursuant to Rule 25(a)(1), based upon the statement of

                                                  1

1  Plaintiff's death, and the failure of Plaintiff's successor or representative to file a motion for

2  substitution within 90 days of service.

3  Dated: June 20, 2016

4

5  _____

6  Troy L. Nunley
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28