UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

                                          **JUDGMENT IN A CIVIL CASE**

**FREDERICK MARCELES COOLEY,**

                                            CASE NO: **2:14–CV–02824–TLN–AC**

          v.

**CITY OF VALLEJO, ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/20/16**

                                                **Marianne Matherly**
                                                Clerk of Court

ENTERED: **June 20, 2016**

                                by: /s/ A. Kastilahn_____
                                              Deputy Clerk